MRS. VIVIAN LONG, CLERK
P.O. BOX 9540
AMARILLO, TEXAS 79105-9540


FILED
AUG 25 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

CASE NUMBER: 07-15-00284-CV
TRIAL COURT CASE NUMBER: 10,808-A
ALLEN DWAINE BATES V. ELIZABETH ANN BROWN, et al.

DEAR MRS. LONG:

IN RESPONSE TO YOUR LETTER ON AUGUST 16, 2015,
I COULD HAVE A CLERK AND REPORTER'S RECORD TO FILE
ON OCTOBER 14, 2015, I ~~ASKING FOR A~~ REMEMBER STATING
THAT I WOULD LIKE A REPORTER'S RECORD, IN WHICH I
COULD HAVE THE MONEY FOR.

THANKS

ALLEN DWAINE BATES #1822207   8/18/2015
STEVENSON UNIT
1525 FM 766
CUERO, TEXAS 77954
ODOon Dwayne Bates

ALLEN...WHITE BWLE #1822207
STEVENSON UNIT
1525 FM 766
CUERO, TEXAS 77954

LEGAL MAIL

CORPUS CHRISTI
TX 784 1 L
19 AUG 2015 PM

USA FOREVER

MRS. VIVIAN LOUIS, CLERK
501 S. FILLMORE, SUITE 2-A
AMARILLO, TEXAS 79101      8/18/2015



79101824436